No. 96–5553.   WADE v. BYLES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 96–5560.   MARTIN v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir. Certiorari denied.

No. 96–5563.   MCCARTHY v. TETA.   C. A. 2d Cir.   Certiorari denied.

No. 96–5567.   JEFFRIES v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 96–5568.   MILLER v. SOUTH CAROLINA ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 96–5569.   MCCULLOUGH v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 96–5570.   VICK v. FOOTE, INC., T/A FOOTE TIRE.   C. A. 4th Cir.   Certiorari denied.

No. 96–5572.   FABIANICH v. HOLMES.   C. A. 6th Cir.   Certiorari denied.

No. 96–5573.   GREEN v. SOUTH CAROLINA.   Ct. Common Pleas of Charleston County, S. C.   Certiorari denied.

No. 96–5575.   ROBINSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 96–5581.   REYES MIRANDA v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 96–5588.   RUBIO v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 96–5593.   MANNING v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 96–5595.   SMITH v. ARIZONA.   Super. Ct. Ariz., Pima County.   Certiorari denied.